IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **COMPLAINT** |
| | ) | **Exhibit A** |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TITLE**
Iron Sharpens Iron

**WORD COUNT**
4775

**INTRO**
Mr. Speaker I rise today ready to call out the cowards who think they can prey on women and get away with it.

Today I'm going scorched earth.

So, let the bridges I burn light our way forward.

As in many areas, God's word has given me wisdom. God's love has shown me the light and God's grace has given me the strength to be here today.

God placed this burden in my path—not to crush me, but to ignite something within me.

A purpose.

A calling.

A responsibility.

And Courage, which I'm using today.

My purpose is to make sure these women will never be forgotten, and the men who hurt them will never be allowed to get away with it or hide again.

God uses Imperfect people to carry out his perfect plans. I ask God to fill me up, to be his vessel. To use me for His purpose in this moment.

I ask for His protection as I expose the devil's hand today.

[ANECDOTE Jeremiah 6:16]

[MLK ANECDOTE]

**BIBLE**

I am going to place my hand on this Bible. I swear to tell the truth, the whole truth and nothing but the truth, so help me God.

Today I am going to free myself from the monster who broke me.

Today I will free other women who fell prey to the same man.

Today I will free other women further from a group of men who committed the most evil acts against them.

I want every woman and girl to know, you have a friend and a sister in me.

And I will fight like hell for you!

**PREDATORS**

We must never tolerate abusers masquerading as men of character.

Abuse doesn't discriminate.

Abuse doesn't care if you're a Republican or a Democrat.

Abuse doesn't care who you are, or where you come from, how strong you are or what title you hold.

I'm living proof - even as a member of Congress - I found myself face-to-face with the darkest corners of humanity.

You really think you know someone, until you don't.

In November 2023, I accidentally uncovered some of the most heinous crimes against women imaginable—rape, nonconsensual photos and videos of women and underage girls, and the premeditated, calculated, exploitation of innocent women and girls in my district.

Today you will hear about the depraved men behind these gutless, evil acts.

These men didn't just harm their victims; they recorded their depravity as if it were a badge of honor.

When I uncovered evidence of rape, illegal filming of women, illegal photographing of women, and sex trafficking, I didn't just see victims—I saw a system which failed to protect them.

I saw criminals who thought they could get away with it because no one had the guts to call them out or hold them accountable.

I will burn this system to the ground if I have to.

These men aren't just criminals—they're predators.

These predators are not untouchable.
These predators are not invisible.
These predators are not invincible.

And today, their names will be tied to their crimes and their cowardice, FOREVER.

**SAY THEIR NAMES**
Let me say their names for the record, in alphabetical order:

1. Eric Bowman of Sullivan's Island, South Carolina
2. Patrick Bryant of Isle of Palms and Mt. Pleasant, South Carolina also goes by Brendan Patrick Bryant
3. Brian Musgrave of Fort Mill, and Isle of Palms, South Carolina
4. John Osborne of Charleston, South Carolina

I would never allow any woman or underage girl anywhere near any of you.

**SEX TRAFFICKERS**
When you and your business partners incapacitate women, it's against the law.

When you and your business partners sexually assault women, it's called rape.

If you film women naked without their knowledge, permission or consent, it's called voyeurism and it is illegal.

When you and your business partners pay each other, and you're sexually abusing women, you are by definition a sex trafficker.

Witness intimidation is also illegal.

**ONE WAY TICKET TO HELL**
To Eric Bowman, Patrick Bryant, Brian Musgrave, and John Osborne this is your pilot speaking.

You've booked yourself a one-way ticket to hell. Nonstop. No connections.

So I, and ALL of your victims, can watch you rot for an eternity.

Today is Justice.

**THE LEAST OF MY WORRIES**
Truth has a way of rising, no matter how deeply you try to bury it.

On the night of October 30, 2023 I received a text message with screenshots showing my then fiance, Patrick Bryant, active on a dating app.

In South Carolina, politics is a bloodsport. I thought this was your usual run-of-the-mill political game. I thought this was a joke.

After more women came forward, I realized this was not for laughs.

When I confronted Patrick Bryant 4 days later on November 3rd, the first thing he did was put his phone in his safe, just like this one, and lock it.

Soon after, I learned the dating app was the least of my worries.

**LEGAL ACCESS TO PATRICK BRYANT PHONE**
Two days later Patrick Bryant put my thumbprint on his phone and gave me the four digit code to his safe.

The night I was given legal access to his phone, I opened it for the first time, and what I discovered shook me to my core.

I saw a video of a woman who was incapacitated and she was being raped.

I found some photos of what appeared to be a teenager undressed, in the kind of underwear a child would wear. To me, her facial expression looked nervous.

I saw a video of another woman who was naked, clearly on a hidden camera, unaware she was being filmed.

She was slender. She had long brown hair.

I turned up the volume to hear if there was audio.

I heard my voice.
I zoomed in on the video.
The woman was me.

I was in shock. I didn't believe it. I couldn't believe it.

I was horrified.
I was humiliated.
I was violated.

This monster stole my body from me. Without my knowledge, without my permission, and without my consent.

This hidden camera was located at a property Patrick Bryant owns with one of his business partners named Brian Musgrave.

Here is a similar camera, bought on Amazon.

I found an app where the files of at least one hidden camera were stored. I discovered there were 10,633 videos on this one device.

Let me repeat, just one camera I found had 10,633 videos on it.

I found more photos, this time of female employees, wives of male employees, girlfriends and other women who very clearly didn't know their private parts were being filmed or photographed.

I found file after file. Patrick Bryant had upskirt photos of one particular victim, the wife of a male employee who is also one of his closest friends. He took upskirt photos of his employee's wife for at least 8 straight years. He even took upskirt photographs of her on their family vacations.

I found about a dozen photos in Patrick Bryant's trash bin of underage girls he deleted in the hours after giving me access to his phone. I recognized three of the underage girls were daughters of business partners, some in bikinis.

One of these jarring photos was of an underage girl fully clothed, her legs spread open, unaware she was being photographed. Patrick Bryant took this photo with his cell phone from his penis area.

In my accidental discovery, I found multiple devices used to record women without their knowledge. And that's before I get to what I uncovered with Patrick Bryant and his business partners.

The weekend I was given access to Patrick Bryant's phone, he got a second mobile device.

I documented it.

Patrick Bryant couldn't transfer all these files off his device fast enough. I discovered terabytes of data were transferred off his cell phone and on to another device.

I documented it.

Patrick Bryant would soon replace his cell phone with a new one.

I documented that too.

None of this is conjecture. This is not an allegation. These are the facts. In black and white. Without exaggeration or without any flourishes. This is what I found, this is what I saw and this is what I accidentally uncovered.

As you should know by now, I carry receipts. I documented some of what I uncovered, to include metadata. I found some of the victims. I found some witnesses. I found more than enough probable cause and then some.

**FLEEING HOME**
Exactly 7 days later, I was under extreme duress. I found more photos and more videos. On my last night with Patrick Bryant, he physically assaulted me.

On the morning of November 13, 2023 I fled my home and went into hiding. It would be the first of four moves I would make over the course of a year.

I still have the mark Patrick Bryant made on me. Rather than see this mark as a scar, I see this scar as the mark of a free woman; free from a monster.

I will wear this mark the rest of my life as a badge of honor.

Friends who took me in, and took care of me, thank you.

**RAPE**
Last year, I had to tell a woman she'd been raped—she had no idea because she was incapacitated when it happened. I knew because I accidentally found photos and video of her assault.

I saw one of Patrick Bryant's business associates, John Osborne, sexually assaulting her at the home of Eric Bowman. Patrick Bryant was present and both he and Eric Bowman both had their phones out during the rape. I found a video recording and photos of the assault on Patrick Bryant's phone. I would later learn these men planned her assault.

It was premeditated.

There were also children in the home at the time of the rape.

But that's not the only rape I uncovered at Eric Bowman's home. In a second video, Patrick Bryant can be seen breaking into a room, pants undone, ready to rape a different, incapacitated woman.

Eric Bowman filmed it.

**VODKA SODA**

When I informed my children we were urgently fleeing our home as if our lives depended on it, my children asked if Patrick Bryant ever raped me.

Let me say this again... The first question my underage children asked was if Patrick Bryant ever raped me.

Out of the mouths of babes.

In searching for victims over the course of the last year, I met other women who were raped or sexually assaulted by some of these men; the other assaults I uncovered span over a decade.

In talking to the victims, there is a clear pattern of behavior.

One night in 2022. I found myself at a property owned by Patrick Bryant and Brian Musgrave on Isle of Palms, South Carolina.

Business partners Patrick Bryant and Eric Bowman were there.

I was served two small vodka sodas. Like this small glass here.

A short time later, I blacked out.

The only memories I have from that evening are images flashing in and out of the dark, images flashing in and out of the night.

I have never blacked out in my life.

But I know who has.

The women I saw raped on those tapes and other women I would meet or speak to months after uncovering these videos.

The stories from these women were all too familiar. Now I know why.

## HANDCUFFS

I learned first-hand about the weaponization of government because I met it head on. I fought in silence and it was one of the hardest things I've ever had to do.

During the last year, as I turned everything over to law enforcement I was told I, as a victim, would be investigated.

Investigated for what?

During the last year, more than once, I was told I could be arrested if I moved forward.

Arrested for what?

These types of threats are also a way to intimidate victims. Instilling fear so victims hide in the shadows, so victims don't come forward, so victims don't file complaints - so there is no investigation.

I was also told my domestic violence incident wouldn't be investigated.

When I see a problem, I will do anything I can to fix it.

I brought handcuffs with me today.

If anyone would like to arrest me for standing up for women - here are my wrists.

Take me to jail.

I am 100% guilty for finding, and bringing forward evidence of rape, voyeurism, drugging women, incapacitating women, domestic violence, sex trafficking and probably a whole lot more.

I am 100% guilty of advocating for justice despite best efforts to silence me.

## CLOSING

## WILL WE EVER KNOW?

I have many unanswered questions for South Carolina's Attorney General Alan Wilson.

Were any children endangered?

Did any children witness rape?

Were any underage girls inappropriately touched or molested?

Are there still underage children in the home where rapes occurred?

How many recordings were taken of women on all these devices by all these men? Will these women ever know?

Were the recordings I saw of myself and ALL these women sold on the dark web? How many are there? Who has seen them? Where are they today? Will we ever know?

Did anyone film me when I was incapacitated and being raped? Will I ever know?

How many women were raped by these men? Will we ever know?

Who are all the victims of all these men? And will THEY ever know?

## SOUTH CAROLINA ATTORNEY GENERAL ALAN WILSON

There is a silent battle raging every day. It is not a problem confined to one race, one religion, or one socioeconomic class.

It's not someone else's problem - it is our problem.

We must face domestic violence, sexual assault, rape and sex trafficking with courage, with clarity, and with compassion.

We must also face it with hard core justice.

There is no room for those who think their strength lies in intimidating or harming others. True strength lies in honor, respect, and the truth.

Real men are protectors, not predators.

South Carolina's chief law enforcement officer, Attorney General Alan Wilson, stated two weeks ago tonight in a visit to Beaufort, South Carolina that he will "allow his record to speak for itself."

Attorney General Alan Wilson, be careful what you wish for - your record speaks loud and clear.

Women who come forward are treated like criminals under your leadership, in your system, and on your watch.

Attorney General Alan Wilson, you know there were deliberate delays to investigate. 228 days of delay actually. That's 7 months, 2 weeks and 4 days of delay.

Once again, today, you are kicking this can down the road, like you always do. More days, more weeks, more delay.

What are you waiting for?

Did South Carolina's Attorney General contact the Department of Social Services when the state was told about a rape that occurred with children in the home? No, he did not.

Did South Carolina's Attorney General have any of these predators indicted after being provided clear cut and dry evidence including video, photos and witnesses? No he has not.

When the attorney of a victim asked to speak to Attorney General Alan Wilson directly, he told the attorney not to send him any information or documents.

Did the state accept the additional, potential physical and other evidence from me when I stumbled across potentially additional information later last year? No they did not.

In your system, Attorney General Alan Wilson, women who come forward are threatened to be investigated, like I was.

In your system, women who come forward are threatened with arrest, like I was.

While the law is explicit in protecting victims, in your system, Attorney General Alan Wilson, your office doesn't follow the law. I waited 320 days before receiving a victim's rights advocate and only because I was persistent.

That's right. I wasn't given a victim's rights advocate for 10 months, 2 weeks and 6 days.

So let me remind you, Mr. Attorney General, you have ONE JOB, and it is to enforce the law!

[VICTIMS RIGHTS LAWS SOUTH CAROLINA - ENTER INTO THE RECORD]

Being neutral on any wrongdoing or crime means you're siding with the abuser and the criminal.

South Carolina Attorney General Alan Wilson - you are not a real man because real men protect women.

I have no respect for anyone who treats victims the way you do.

I will stand up and stand in the way of any one who allows harm and abuse, and you're one of them.

You've had 15 years to protect women and children, and to reduce sex trafficking in South Carolina, and to throw rapists and pedophiles in jail, and you spectacularly failed to do so.

You've turned a blind eye to women and girls all across our state. I don't have the luxury of looking away.

My outrage over your broken system and my passion to call it out and fix it isn't political.

This is personal.

**FORGIVENESS DOES NOT FORFEIT JUSTICE**
To those concerned about false accusations - Yes, fake victims exist, and
they do real harm.

But the existence of a few frauds cannot be an excuse to ignore the
desperate cries of many who suffer in silence.

Justice demands discernment—not denial.

This isn't a story about bitter ex-girlfriends or consensual sex tapes, there
are plenty of those. I don't care what two consenting adults agree to do.

This is a story about predators who hunt women for sport.

The daughter of Ethel Lance, a victim of the 2015 Mother Emanuel
shooting, said to her mom's killer, "I forgive you." If she can do it, I can too.
Ethel thank you for being a beacon of forgiveness.

But also - the Bible reminds us forgiveness does not forfeit justice. And
today, we are getting justice.

Romans 12:19
"Beloved, never avenge yourselves, but leave it to the wrath of God, for it is
written, 'Vengeance is mine, I will repay, says the Lord'".

As a woman of faith, I draw strength from the teachings of Jesus Christ.
Christ confronted injustice wherever He found it.

I will not stand by silently while abuse is excused, while it is hidden and
while it is ignored. I will fight to protect victims, I will fight to hold abusers
accountable, and I will fight to ensure every woman and child has the
safety and security they deserve.

As Gisele Pelicot said, "Shame must change sides." Today, I no longer live
in the shadows. I no longer live in shame. I live in the light. Thank you
Gisele, for being fearless, fighting for your justice.

JK Rowling - watching your resilience speaking out for women and girls kept me pushing forward on days when I didn't think I had anything left.

There are an untold number of groups working around the clock to support women, I thank you too.

**ANGUISH INTO ACTION**

I've spent countless hours working on legislation to protect women and girls since this deeply traumatic event. I want to thank my staff, who've worked incredibly hard to deliver.

Women have rights.

We have the right to privacy.
We have the right not to raped.
We have the right not to be taped.
We have the right to be safe and secure.

There's more work to be done yet, but to my staff, my team, you are a very special part of making history for women and girls everywhere:

1. My bill The Sue VOYEURS Act creates a civil right of action for victims of voyeurism.
2. The Stop VOYEURS Act expands the very narrow criminal prohibition against video voyeurism at the federal level.
3. H.R.7567 addresses deep fakes.
4. The Violence Against Women by Illegal Aliens Act would deport sex offenders, pedophiles and murderers here illegally.
5. The Safe Shelters Act prohibits sex offenders from entering or using the services of emergency shelters.
6. The Rape Shield Enhancement Act to protect the privacy of rape victims.
7. My bill the Stop the Invasion of Women's Spaces Act defunds any entity who allows an individual to use a single-sex facility that does not correspond to their biological sex.
8. The Protecting Women's Private Spaces Act prohibits people from using single-sex facilities on Federal property other than those corresponding to their biological sex.
9. The Prison Rape Prevention Act requires inmates to be housed based on biological sex.

10. The VANISH Act addresses revenge porn.
11. H.R.8180 increases the civil penalty for revenge porn in Violence Against Women Act from $150k to $500k.
12. H.Res.1579 prohibits Members, officers, and employees of the US House from using single-sex facilities other than those corresponding to their biological sex.

But it's not just federal law that needs changing. State laws too. For example SC Code of Laws 16-17-470.

If you would like to work on legislation with me, my door is open. Please reach out to us mace.house.gov/women.

**WHY**
Some will ask, why am I speaking out? Why am I doing this?

I was horrified about what I uncovered and cannot stand silent and do nothing about it. Being quiet when I see wrongdoing isn't in my DNA.

The probability these predators are continuing their crimes against women right now, as I speak, is very high.

I am sounding the alarm on predators who are still roaming the streets of South Carolina and the state's chief law enforcement officer, Attorney General Alan Wilson, knows it.

You don't wake up one day and decide the first crime ever in your life is to coldly, casually and callously plan a rape and film it with your children at home. These men have been doing this for years and who knows what else.

To the men watching, their next victim could be YOUR daughter or YOUR wife. To the women watching, their next victim could be YOU.

I feel duty-bound to protect these women and girls with every ounce of my being.

I don't have the luxury of letting go until there is justice.

Do I trust South Carolina's Attorney General to bring these women justice? No, I do not.

If Alan Wilson won't do his job or fulfill his duties as South Carolina's Attorney General, I will do it for him. I am determined to help every single victim.

For too long, women have been told speaking out against abuse is unbecoming, that it diminishes our dignity.

But silence is what diminishes us. And strength comes from shining a light on the darkness.

This is an incredibly difficult task. I have been attacked for standing up for women, for our dignity, for our safety and for our rights.

Just a few weeks ago, I was physically assaulted by a pro-trans man for it too.

I'll take all of the arrows and all of the attacks, if it means I'm taking these attacks for you.

I am doing this today because we can't delay justice any longer. Justice victims like myself, need to move forward.

I have lived in fear. I have lived in pain. I have lived in agony.

But after today, I will live free.

**VICTIM OUTREACH**
If you are a woman who has visited the home of Eric Bowman on Sullivan's Island, South Carolina,

Or if you are a woman who has visited properties owned by Patrick Bryant and Brian Musgrave, on Isle of Palms, South Carolina,

Or if you are a female employee of Patrick Bryant,

Or if you are the wife of any man who works for him at any of his companies,

Or if you are an underage girl anywhere near Patrick Bryant,

Or if you've been anywhere near Patrick Bryant or Eric Bowman, their cell phones or any recording device or camera,

Or if you believe you may have been drugged or incapacitated, raped, filmed or photographed without your knowledge, permission or consent by one or more of these men,

Or if you believe you may be a victim of the crimes I have described today, we have set up a hotline at 843.212.7048

You can call or text.

**PTSD**
Like so many women, I've suffered tremendous consequences to my physical health.

I've been diagnosed with Post Traumatic Stress Disorder (PTSD). I live looking over my shoulder. I endure sleepless nights. I have a form of vertigo from PTSD-related nightmares. And the adverse health issues I've had still linger 14 months after this deeply traumatic event.

I hit rock bottom last year - but as phoenix rose from the ashes - I too am coming back to life.

My breakdown was my breakthrough.

My devastation was my deliverance.

And my God was my grace.

I want to thank my children, and my family, for being there when I needed it the most.

Mom is here tonight.

I want to thank the Medical University of South Carolina for having one of the best sexual abuse trauma centers in the country.

You saved my life and countless others.

To the women behind the scenes who shared their horror stories, and who now lurk in the shadows out of real, terrifying fear about coming forward, I want to thank you too, for your quiet courage.

You know who you are and you INSPIRED me to keep going.

Today, I'm standing here not just as a Member of Congress, but as a woman, and as a SURVIVOR, fighting as hard as I can, for other SURVIVORS.

I am going to put this pin on, my staff made it for me tonight. It says in bold letters SURVIVOR.

I will be the loudest voice for those forced to stay silent.

Living through my trauma and helping other women through theirs - all of us victims of crimes we didn't know had been committed - until now.

Our bodies violated in ways none of us could comprehend.

Today is about justice, and the belief we should do better for every woman and girl.

**BUSINESSES**
To anyone doing business with these men, know who you are doing business with.

Some of the properties where these crimes took place are listed on certain short term rental sites like AirBnB, VRBO and others and managed by local property management companies for short term rentals. I bring this up because there may have been hidden cameras at these properties when short term renters were renting them.

Some of the companies these predators are involved with have had or are trying to get or currently have contracts with federal, state and local governments.

The government should not do business with rapists or sex traffickers or voyeurs.

**IRON SHARPENS IRON**
Women and some victims present in the Gallery tonight and to the victims watching, thank you. My heart bleeds for you. I will be there for you always.

Had I never found out I was a victim, I would never have known to dig deep to find other victims. And these crimes would never have seen the light of day.

Today I stand defiant - my fist in the air - to say as loudly and as boldly as I can: I have the courage and I have the strength to take on the challenges of this moment.

To the naysayers living in my past, I want you to know "I don't live there anymore [sweetheart]. I sold the whole [fucking] building."

Your lies will never break me.

Genesis 19:26
"But Lot's wife looked back, and she became a pillar of salt." - fleeing Sodom and Gomorrah.

Today I am free. Today I am moving forward. And today I am never looking back.

Let us leave a legacy our children can be proud of - a legacy of courage, a legacy of compassion, and a legacy of unyielding justice.

To the victims of these predators:

I pray for your protection.
I pray for your courage.
I pray for your resilience.

Victims can still have victory.

[ANECDOTE Ecclesiastes 4:9-10, 3 strands of rope not easily broken]

Women - You have the bravery necessary, the courage required, and the voice needed in times like these to hold those accountable for their horrific abuses against you.

Proverbs 27:17 says, "Iron sharpens iron."

I want to thank The Citadel for being the iron that sharpened me in my younger days.

Ladies, find your death goddess and use it.

Say: No more.

Fight back.

When you feel defeated, fight harder.

And when you need nourishment, seek God's wisdom.

Your wound is my wound.
Your pain is my pain.
Your fear is my fear.

Know I am standing on the battlefield with you.
Know I am standing in the trenches with you.
Know I am standing in your fight with you.
Know I will be your iron.

May God bless the women who fell victim to the abuse of these monsters.
May God bless the great state of South Carolina.
May God bless the United States of America.

In my most humble voice, Mr. Speaker, I yield back.

###