IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **COMPLAINT** |
| | ) | **Exhibit B** |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

