IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **COMPLAINT** |
| | ) | **Exhibit C** |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

← Post

⇅ Nancy Mace reposted



**MAGA Voice** ✓
@MAGAVoice



HOLY SH*T 🚨 Nancy Mace outlines Cr*mes that were committed against her and other women

SHE IS EXPOSING EVERYTHING

PRAYING FOR YOU NANCY 🙏



0:47

7:34 PM · Feb 10, 2025 · **1.8M** Views

♡ 713    ⇅ 9K    ♡ 51K    🔖 2.6K    ↑