IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Brian Musgrave, | ) Civil Action No. |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **COMPLAINT** |
| | ) **Exhibit G** |
| Nancy Mace and Jane/John Does 1-5, | ) |
| | ) |
| Defendant. | ) |
| | ) |

