IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | **Exhibit H** |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

 Nancy Mace reposted

**Rep. Nancy Mace** ✓ 🔴
@RepNancyMace

"I discovered there were 10,633 videos on this one device."



9:45 PM · Feb 14, 2025 · **89.2K** Views

💬 185          ⟲ **1.1K**          ♡ **5.1K**          🔖 81          ⬆