IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action No. 2:25-cv-01823-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Acceptance of Service** |
| | ) | |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned attorney hereby accepts and acknowledges service of the Summons, Complaint and Exhibits A-H, and Rule 26.01 Answers in the above-captioned matter solely on behalf of Congresswoman Nancy Mace this 17th day of March 2025.

/s/ *Todd B. Tatelman*
Todd B. Tatelman
Deputy General Counsel
5140 O'Neill House Office Building
Washington, DC 20515
(202) 225-9700 (main)
(202) 225-9701 (direct)
Todd.Tatelman@mail.house.gov