AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Brian Musgrave | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-01823-RMG |
| Nancy Mace and Jane/John Does 1-5 | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nancy Mace and Jane/John Does 1-5                                                                                      .

Date:    05/09/2025

s/Robert M. Sneed
*Attorney's signature*

Robert M. Sneed (#07437)
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
*Address*

Robert.Sneed@usdoj.gov
*E-mail address*

(864) 282-2100
*Telephone number*

(864) 233-3158
*FAX number*