

U.S. Department of Justice
*United States Attorney*
*District of South Carolina*

| Wells Fargo Building | 151 Meeting Street | John L. McMillan Federal | 55 Beattie Place |
| Suite 500 | Suite 200 |   Building, Room 222 | Suite 700 |
| 1441 Main Street | Post Office Box 978 | 401 W. Evans Street | Greenville, SC 29601 |
| Columbia, SC 29201 | Charleston, SC 29402 | Post Office Box 1567 | (864) 282-2100 |
| (803) 929-3000 | (843) 727-4381 | Florence, SC 29503 | FAX (864) 233-3158 |
| FAX (803) 254-2912 | FAX (843) 727-4443 | (843) 665-6688 | |
| | | FAX (843) 678-8809 | |

Reply to: Columbia

May 9, 2025

**VIA CM/ECF**

Eric S Bland
Bland Richter, LLP
105 West Main Street
Suite D
Lexington, SC 29072

Ronald L Richter , Jr
Bland Richter
18 Broad St
Mezzanine
Charleston, SC 29401

Scott M Mongillo
Bland Richter
18 Broad St
Mezzanine
Charleston, SC 29401

      Re:    Brian Musgrave v. Nancy Mace and Jane/John Does 1-5
             Civil Action No.: 2:25-cv-01823-RMG

Dear Counsel:

      Thank you for graciously agreeing to a 20-day extension as allowed by the Local Rules of the South Carolina Division to respond to the Complaint in this action. By my calculations, our response to the Complaint is now due on or before June 16, 2025. I look forward to working with you on this case and appreciate your consideration in granting this extension.

                Respectfully submitted,

                BRYAN P. STIRLING
                UNITED STATES ATTORNEY

By:   *s/ Robert M. Sneed*
       Robert M. Sneed (#07437)
       Assistant United States Attorney
       United States Attorney's Office
       55 Beattie Place, Suite 700
       Greenville, SC  29601
       Phone:  (864) 282-2100
       Robert.Sneed@usdoj.gov

May 9, 2025