AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Brian Musgrave | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-01823-RMG |
| Nancy Mace and Jane/John Does 1-5 | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nancy Mace and Jane/John Does 1-5                                                       .

Date:   05/21/2025

s/Kimberly V. Hamlett
*Attorney's signature*

Kimberly V. Hamlett (#14049)
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
*Address*

Kimberly.Hamlett@usdoj.gov
*E-mail address*

(843) 266-1673
*Telephone number*

(843) 727-4443
*FAX number*