IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action Number:  2:25-CV-01823-RMG |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Ronald L. Richter, Jr., Esquire, of Bland Richter, LLP, attorney for Plaintiff, respectfully moves this Court for an Order of Protection from being called for any motions or other hearings scheduled before this Honorable Court for the following periods on account of previously scheduled travel:

- June 09, 2025 – June 13, 2025
- June 16, 2025 – June 20, 2025

Respectfully submitted:

May 29, 2025
Charleston, SC

**BLAND RICHTER, LLP**
*Attorneys for Plaintiff*

s/Ronald L. Richter, Jr.
Ronald L. Richter, Jr. (Federal Bar No. 6264)
s/Scott M. Mongillo
Scott M. Mongillo (Federal Bar No. 7436)
Peoples Building
18 Broad Street, Mezzanine
Charleston, South Carolina 29401
T:843.573.9900 | F: 843.573.0200
ronnie@blandrichter.com
scott@blandrichter.com

<u>s/Eric S. Bland</u>
Eric S. Bland (Federal Bar No. 5472)
105 West Main Street, Ste. D
Lexington, South Carolina 29072
803.256.9664 (telephone)
803.256.3056 (facsimile)
ericbland@blandrichter.com (e-mail)
