IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action Number: 2:25-CV-01823-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S NOTICE OF MOTION** |
| v. | ) | **AND MOTION TO AMEND THE** |
| | ) | **COMPLAINT** |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendant. | ) | |

With the consent of the parties, Plaintiff moves to Amended his Complaint per the attached **Exhibit A**.

June 9, 2025                                           **BLAND RICHTER, LLP**
Charleston, South Carolina                   *Attorneys for Plaintiff*

                                                              s/Ronald L. Richter, Jr.
                                                              Ronald L. Richter, Jr. (Federal Bar No. 6264)
                                                              s/Scott M. Mongillo
                                                              Scott M. Mongillo (Federal Bar No. 7436)
                                                              Peoples Building
                                                              18 Broad Street, Mezzanine
                                                              Charleston, South Carolina 29401
                                                              T:843.573.9900 | F: 843.573.0200
                                                              ronnie@blandrichter.com
                                                              scott@blandrichter.com

                                                              s/Eric S. Bland
                                                              Eric S. Bland (Federal Bar No. 5472)
                                                              105 West Main Street, Ste. D
                                                              Lexington, South Carolina 29072
                                                              803.256.9664 (telephone)
                                                              803.256.3056 (facsimile)
                                                              ericbland@blandrichter.com