IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Brian Musgrave, | ) Civil Action No.: 2:25-cv-01823-RMG |
| Plaintiff, | ) |
| v. | ) |
| Nancy Mace and Jane/John Does 1-5, | ) |
| Defendants. | ) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT PURSUANT TO 28 U.S.C. § 2679(d)

I, Bryan P. Stirling, United States Attorney for the District of South Carolina, am responsible for defending the above-captioned action. I have the authority to make scope-of-employment determinations pursuant to 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4. I hereby certify that I have read the First Amended Complaint in the above-captioned action.

Pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, I hereby certify, on the basis of the information now available with respect to the allegations in the First Amended Complaint, that Defendant Nancy Mace was acting within the scope of her office or employment as a Member of Congress at the time the alleged conduct took place, and, therefore, the Federal Tort Claims Act provides the exclusive remedy for any acts or omissions regarding the incident out of which the suit rose.

Pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, I hereby certify, on the basis of the information now available with respect to the allegations in the First Amended Complaint, that Defendants Jane/John Does 1-5 were acting within the scope of their office or employment as Congressional

**Exhibit 1**

staff at the time the alleged conduct took place, and, therefore, the Federal Tort Claims Act provides the exclusive remedy for any acts or omissions regarding the incident out of which the suit rose.

/s/ Bryan P. Stirling
BRYAN P. STIRLING
UNITED STATES ATTORNEY

Dated: 6/23/25