IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brian Musgrave, | ) | Civil Action No.: 2:25-cv-01823-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Nancy Mace and Jane/John Does 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES**

Pursuant to Local Civ. Rule 6.02 (D.S.C.), one of Defendants' attorneys, Kimberly V. Hamlett, respectfully requests protection from court appearances in this case for the following periods:

- September 9, 2025 – September 10, 2025, for previously scheduled travel for a case that Ms. Hamlett will be arguing in the Fourth Circuit

- September 22, 2025 – October 10, 2025, for sick leave to care for her child who will be having heart surgery at Boston Children's Hospital during this period

This request for protection does not affect any currently scheduled appearances or deadlines in this case.

A proposed order will be emailed to the Court's ECF email address.

[Signature Page Follows]

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

*s/Kimberly V. Hamlett*
Kimberly V. Hamlett (#14049)
Assistant United States Attorney
United States Attorney's Office
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Phone:  (843) 266-1673
Email:  Kimberly.Hamlett@usdoj.gov

*s/Robert M. Sneed*
Robert M. Sneed (#07437)
Assistant United States Attorney
United States Attorney's Office
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Phone:  (864) 282-2100
Email:  Robert.Sneed@usdoj.gov

July 17, 2025