# Exhibit G

| | |
|---|---|
| STATE OF SOUTH CAROLINA | ) AFFIDAVIT OF BRIAN MUSGRAVE |
| | ) |
| COUNTY OF YORK | ) |

PERSONALLY APPEARED BEFORE ME, Brian Musgrave, who being duly sworn, deposes and states the following:

1. My name is Brian Musgrave, and I reside in Fort Mill, South Carolina.

2. I am 52 years of age and have been married to my wife, Jennifer Musgrave, for 23 years. My wife and I have two children together.

3. On February 10, 2025, at 2:04 PM, I was running errands in the afternoon when I received a call from an unknown number that turned out to be a reporter with the Wall Street Journal.

4. I pulled into a Lowe's Home Center parking lot in Fort Mill to return the call. The reporter had received a copy of the pre-released speech that Nancy Mace intended to give from the floor of Congress later that evening. The reporter wanted to know whether I had a response to Ms. Mace's accusation that I was a rapist, a sex trafficker and a predator.

5. My life changed forever in the Lowe's Home Center parking lot on February 10, 2025.

6. I spent the hours after the call and preceding Ms. Mace's address contacting family and friends to warn them that they were about to hear things about me from Ms. Mace that were not true.

7. My wife and I watched the address from our home in Fort Mill, South Carolina.

8. It is difficult to express the feeling of watching helplessly as another person publicly dismantles one's reputation, family and legacy. The closest I can come is to call it waves of numbness, disbelief and outrage. I would never wish this on another person.

9. I knew Nancy Mace casually through my childhood friend, Patrick Bryant. Through Patrick, I met Ms. Mace on a handful of occasions.

10. I knew generally that Patrick and Nancy had a tumultuous relationship, but it was nothing that involved me.

11. I never raped Nancy Mace, nor have I ever raped anyone else.

12. I never sex trafficked Nancy Mace, nor have I ever sex trafficked anyone else.

13. I am not a predator.

14. I am a husband to my wife Jennifer, a father to my two children and a friend to a handful of folks who know me best.

15. Patrick and I own an interest in a limited liability company that owns the beach condominium at 1140 Ocean Blvd, Isle of Palms, South Carolina.

16. At the times when I met Ms. Mace, Patrick resided at 1140 Ocean Blvd, Isle of Palms, South Carolina, and I used it sporadically when I was working in Charleston or for vacation weekends with my family.

17. I was aware that Patrick had purchased a camera that he placed on top of the refrigerator. The camera was not a "hidden" camera. It was open and obvious to anyone who entered the condo.

18. Patrick told me that he purchased the security camera so he could prevent unauthorized use of the condo and supervise his teenage son and ensure that he (and his friends) were not getting into the liquor cabinet when Patrick was not in the condo with them.

19. I did not know that password to the camera.

20. I did not have access to the camera.

21. I never placed any cameras in the condo.

22. With the exception of perhaps making a short family video with my cell phone, I never filmed anyone doing anything at the condo.

23. The allegations that Ms. Mace has made and continues to make against me are completely without merit.

24. That I make these true and accurate statements of my own free will, under the penalty of perjury, and that I am not under the influence of any medication, drugs, alcohol, or duress of any type.

Further affiant sayeth naught.

_____
Brian Musgrave

State of South Carolina
County of YORK

Sworn and subscribed before me

This 22nd day of JULY, 20 25

_____
Hannelie Fleming
Notary Public
My Commission Expires: 11/19/2031