AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Brian Musgrave, <br> *Plaintiff* <br> v. <br> Nancy Mace and Jane/John Does 1-5 <br> *Defendant(s)* | Civil Action No.   2:25-cv-1823-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The motion to substitute the United States as the party defendant in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, and 15 (Dkt. No. 21) is **GRANTED**; United States' motion to dismiss all claims except the *Bivens* claim (Count 12) under Rule 12(b)(6) (Dkt. No. 22) is **GRANTED**; the motion of Defendant Mace to dismiss the *Bivens* claim under Rule 12(b)(6) (Dkt. No. 24) is **GRANTED**; and Plaintiff's motion for limited discovery (Dkt. No. 31) is **DENIED**. Based on the foregoing, this action is **DISMISSED WITH PREJUDICE**.
**AND IT IS SO ORDERED**.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:   August 21, 2025                             *ROBIN L. BLUME, CLERK OF COURT*

                                                               s/R. Heinen
                                                    *Signature of Clerk or Deputy Clerk*